1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 HENRY L. CLARK, | Case No.:  16cv2710-JLS (AGS) |
| 12                                    Plaintiff, | **ORDER** |
| 13 v. | **(1) DENYING MOTION TO PROCEED** *IN FORMA PAUPERIS* **AND DISMISSING WITHOUT PREJUDICE PLAINTIFF'S COMPLAINT; AND** |
| 14 SOCIAL SECURITY APPEALS COUNCIL, | |
| 15 | **(2) DENYING AS MOOT PLAINTIFF'S MOTION TO APPOINT COUNSEL** |
| 16                                    Defendants. | |
| 17 | |
| 18 | (ECF Nos. 2, 3) |
| 19 | |

20
21        Presently before the Court is Plaintiff Henry L. Clark's Motion to Proceed *In Forma*
22 *Pauperis* ("IFP"). ("IFP Mot.", ECF No. 2.) Also before the Court is Plaintiff's Motion to
23 Appoint Counsel. ("Counsel Mot.", ECF No. 3.)

24                                    **IFP MOTION**
25        All parties instituting any civil action, suit, or proceeding in a district court of the
26 United States, except an application for writ of habeas corpus, must pay a filing fee of
27 $400. *See* 28 U.S.C. § 1914(a). An action may proceed despite a plaintiff's failure to prepay
28 the entire fee only if he is granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C.

§ 1915(a). *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999). A federal court may authorize the commencement of an action without the prepayment of fees if the party submits an affidavit, including a statement of assets, showing that he is unable to pay the required filing fee. 28 U.S.C. § 1915(a).

In the present case, Plaintiff has submitted an affidavit indicating that his total monthly income is $61,309.64. (IFP Mot. 2,[1] ECF No. 2.) This may have been an error of calculation, and the Court finds it is more plausible that Plaintiff meant he receives over $60,000 annually, and roughly $5,500 monthly. (*Id.*) He does not expect any major changes to his monthly income or expenses in the next twelve months. (*Id.* at 5.) He also lists two cars as assets, totaling a value of roughly $12,500.00. (*Id.* at 3.) Thus, while Plaintiff claims to have no money in any bank account, (*id.* at 2), it appears Plaintiff can pay the requisite filing fee. Accordingly, the Court **DENIES** Plaintiff's Motion to Proceed IFP and **DISMISSES THE CASE WITHOUT PREJUDICE**. The Court also **DENIES AS MOOT** Plaintiff's Motion to Appoint Counsel (ECF No. 3). Plaintiff may submit a copy of this order along with the requisite fee <u>on or before March 3, 2017</u> to have the case reopened.

**IT IS SO ORDERED.**

Dated:  February 3, 2017

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

---

[1] Pin citations refer to the CM/ECF numbers electronically stamped at the top of each page.

16cv2710-JLS (AGS)